MURO & LAMPE, INC.
Ross E. Lampe, Esq. (SBN: 172336)
David J. Garcia, Esq. (SBN: 209311)
2277 Fair Oaks Blvd., Suite 155
Sacramento, CA 95825
Tel: (916) 925-9500
Fax: (916) 925-9550

ROSS, DIXON & BELL, LLP
Daniel J. Zollner, Esq.
55 West Monroe Street, Suite 3000
Chicago, IL 60603-5758
Tel: (312) 759-1932
Fax: (312) 759-1939

Attorneys for Plaintiffs
MEDICAL BENEFITS ADMINISTRATORS OF MD, INC., and CUSTOM RAIL EMPLOYER WELFARE TRUST FUND

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDICAL BENEFITS ADMINISTRATORS OF MD, INC., a Maryland Corporation, and CUSTOM RAIL EMPLOYER WELFARE TRUST FUND,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>SIERRA RAILROAD COMPANY, n/k/a SIERRA NORTHERN RAILWAY,<br><br>　　　　Defendant. | CASE NO.: 2:06-cv-02408-WBS-DAD<br><br>ORDER CONTINUING SCHEDULING CONFERENCE |

　　　　The Court having read and considered the application for Order Continuing the Scheduling Conference of MEDICAL BENEFITS ADMINISTRATORS OF MD, INC., a Maryland

///

///

-1-
[PROPOSED] ORDER CONTINUING SCHEDULING CONFERENCE

PDF created with pdfFactory trial version www.pdffactory.com

1  Corporation, and CUSTOM RAIL EMPLOYER WELFARE TRUST FUND, and good cause
2  appearing therefore,
3
4      IT IS ORDERED THAT the application is granted. The Scheduling Conference is continued
5  to March 12, 2007 at 1:30 p.m.
6
7   Date:  January 8, 2007
8
   WILLIAM B. SHUBB
9  UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com