UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

MEDICAL BENEFITS ADMINISTRATORS of MD, Inc., et al,

Plaintiffs,

v.

SIERRA RAILROAD COMPANY, et al,

Defendants.

No. CIV. S-06-02408 WBS DAD

ORDER OF RECUSAL

----oo0oo----

Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned Judge hereby recuses himself as the Judge to whom this case is assigned, because his relationship with plaintiff's attorney might cause his impartiality to be questioned.

DATED:  March 19, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

IT IS FURTHER ORDERED:

1. That the Clerk of the Court reassign this case to another judge for all further proceedings, making appropriate adjustments in the assignments of civil cases to compensate for such reassignment;

2. That this case is reassigned to the Honorable Frank C. Damrell, Jr.; and

3. Any dates previously set in this case are hereby VACATED. The parties are referred to the attached Order Setting Status (Pretrial Scheduling) Conference.

DATED: March 20, 2007

/s/ David F. Levi
DAVID F. LEVI, CHIEF JUDGE
UNITED STATES DISTRICT COURT

2