| | |
|---|---|
| MURO & LAMPE, INC. | |
| Ross E. Lampe, Esq.  (SBN: 172336) | |
| 2277 Fair Oaks Blvd., Suite 155 | |
| Sacramento, CA 95825 | |
| Telephone: (916) 925-9500 | |
| Facsimile:  (916) 925-9550 | |
| | |
| ROSS, DIXON & BELL, LLP | HANSON BRIDGETT MARCUS |
| Daniel J. Zollner, Esq. | VLAHOS & RUDY, LLP |
| 55 West Monroe Street, Suite 3000 | 425 market Street, 26th Floor |
| Chicago, IL 60603-5758 | San Francisco, CA 94105 |
| Tel:  (312) 759-1932 | Tel:  (415) 777-3200 |
| Fax: (312) 759-1939 | Fax: (415) 541-9366 |
| Attorneys for Plaintiffs | Attorneys for Defendants |
| MEDICAL BENEFITS ADMINISTRATORS OF MD, INC., and CUSTOM RAIL EMPLOYER WELFARE TRUST FUND | SIERRA RAILROAD COMPANY, AMBER A. GILLES, and DAVID N. MAGAW |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDICAL BENEFITS ADMINISTRATORS OF MD, INC., a Maryland Corporation, and CUSTOM RAIL EMPLOYER WELFARE TRUST FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>SIERRA RAILROAD COMPANY, n/k/a SIERRA NORTHERN RAILWAY, VANNA M. WALKER, AMBER A. GILLES and DAVID N. MAGAW,<br><br>Defendants. | CASE NO.: 2:06-cv-02408-FCD-DAD<br><br>**STIPULATION AND ORDER TO CONTINUE FRCP 12(b)(6) MOTIONS TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Date:     August 24, 2007<br>Time:    10:00 a.m.<br>Judge:   Judge Frank C. Damrell, Jr. (FCD)<br>Room:   Courtroom 2<br><br>Action Filed:  October 31, 2006<br><br>**"AS MODIFIED"** |

    THE PARTIES TO THIS ACTION, MEDICAL BENEFITS ADMINISTRATORS OF MD, INC., a Maryland Corporation, and CUSTOM RAIL EMPLOYER WELFARE TRUST FUND,  SIERRA RAILROAD COMPANY, AMBER A. GILLES and DAVID N. MAGAW, STIPULATE, through their

undersigned counsel, that the now pending Motions to Dismiss Plaintiffs' First Amended Complaint shall be continued to September 21, 2007 at 10:00 a.m.   The parties enter into this Stipulation because Plaintiffs' counsel, who wishes to appear at the hearing and argue the motions, has a conflict with the scheduled hearing date of August 24, 2007.

IT IS FURTHER STIPULATED that SIERRA RAILROAD COMPANY, AMBER A. GILLES and DAVID N. MAGAW will file and serve their Reply Brief(s) on September 07, 2007.

DATED:  August 15, 2007                                    MURO & LAMPE, INC.

                                                                                     _____/s/_ Ross E. Lampe_____
                                                                                     Ross E. Lampe
                                                                                     Attorney for Plaintiffs
                                                                                     MEDICAL BENEFITS ADMINISTRATORS
                                                                                     OF MD, INC., and CUSTOM RAIL
                                                                                     EMPLOYER WELFARE TRUST FUND

DATED: August 15, 2007                                     HANSON BRIDGETT MARCUS VLAHOS
                                                                                     & RUDY, LLP


                                                                                     _____/s/     Lisa M. Pooley_____
                                                                                     Lisa M. Pooley
                                                                                     Attorneys for Defendants
                                                                                     SIERRA RAILROAD COMPANY, AMBER
                                                                                     A. GILLES and DAVID N. MAGAW


   The stipulation is approved as submitted except for the changes as noted.

IT IS SO ORDERED

DATED: August 16, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE