1  HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
   RAYMOND F. LYNCH - 119065
2  LISA M. POOLEY - 168737
   425 Market Street, 26th Floor
3  San Francisco, CA  94105
   Telephone:     (415) 777-3200
4  Facsimile:     (415) 541-9366
   rlynch@hansonbridgett.com
5  lpooley@hansonbridgtett.com

6  Attorneys for Defendant
   SIERRA RAILROAD COMPANY
7

8                    **UNITED STATES DISTRICT COURT**

9                  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

| 11  MEDICAL BENEFITS ADMINISTRATORS OF MD, INC., a Maryland Corporation, and CUSTOM RAIL EMPLOYER WELFARE TRUST FUND, | No. : 2:06-cv-02408-FCD-DAD |
|---|---|
| | **STIPULATION AND ORDER TO EXTEND TIME TO ANSWER, FIRST AMENDED COMPLAINT** |
| Plaintiffs, | |
| v. | Action Filed:     October 31, 2006 |
| SIERRA RAILROAD COMPANY, n/k/a SIERRA NORTHERN RAILWAY, VANNA M. WALKER, AMBER A. GILLES and DAVID N. MAGAW, | |
| Defendants. | |

20     IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs MEDICAL

21  BENEFITS ADMINISTRATORS OF MD, INC. and CUSTOM RAIL EMPLOYER WELFARE

22  TRUST FUND ("Plaintiffs"), and Defendant SIERRA RAILROAD COMPANY ("Defendant"),

23  through their respective counsel, pursuant to Local Rule 6-144(a), that Defendant's time by which

24  to answer Plaintiffs' Complaint is extended from October 22, 2007 for an additional twenty-five

25  (25) days, up to and including November 16, 2007.

26     IT IS SO STIPULATED.

27

28
                                           - 1 -
STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO
COMPLAINT  (2:06-cv-02408-FCD-DAD)

| | | |
|---|---|---|
| 1 | DATED: October 19, 2007 | HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP |

By: _____
RAYMOND F. LYNCH
LISA M. POOLEY
Attorneys for Defendant
SIERRA RAILROAD COMPANY

DATED: October ___, 2007                    MURO & LAMPE, INC.

By: _____
DAVID J. GARCIA
Attorneys for PLAINTIFFS

IT IS SO ORDERED.

DATED: October 23, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

- 2 -

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND
TO COMPLAINT  (2:06-cv-02408-FCD-DAD)

1365090.1