1  MURO & LAMPE, INC.
Ross E. Lampe, Esq.  (SBN: 172336)
2  David J. Garcia, Esq. (SBN: 209377)
3  2277 Fair Oaks Blvd., Suite 155
Sacramento, CA 95825
4  Tel:  (916) 925-9500
Fax: (916) 925-9550
5

6  DYKEMA GOSSETT PLLC
Daniel J. Zollner, Esq.
7  10 South Wacker Drive, Suite 2300
Chicago, IL 60606
8  Tel:  (312) 627-2193
Fax: (866) 261-3777
9

10 Attorneys for Plaintiffs
MEDICAL BENEFITS ADMINISTRATORS
11 OF MD, INC., and CUSTOM RAIL EMPLOYER
WELFARE TRUST FUND
12

13                    UNITED STATES DISTRICT COURT

14                    EASTERN DISTRICT OF CALIFORNIA

15 | MEDICAL BENEFITS ADMINISTRATORS OF MD, INC., a Maryland Corporation, and CUSTOM RAIL EMPLOYER WELFARE TRUST FUND, | CASE NO.: 2:06-cv-02408-FCD-DAD |
|---|---|
| | **STIPULATION AND ORDER TO TAKE VANNA M. WALKER'S DEPOSITION BY TELEPHONE** |
| Plaintiffs, | |
| vs. | **Judge:   Judge Frank C. Damrell, Jr.** |
| | **Action Filed:  October 31, 2006** |
| SIERRA RAILROAD COMPANY, n/k/a SIERRA NORTHERN RAILWAY, VANNA M. WALKER, AMBER A. GILLES and DAVID N. MAGAW, | |
| Defendants. | |

        IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiffs, MEDICAL

BENEFITS ADMINISTRATORS OF MD, INC., a Maryland Corporation, and CUSTOM RAIL

EMPLOYER WELFARE TRUST FUND, and Defendant, VANNA M. WALKER ("WALKER"),

and Defendant SIERRA RAILROAD COMPANY, n/k/a SIERRA NORTHERN RAILWAY,

The parties to this action stipulate, pursuant to Federal Rule of Civil Procedure 29 and Federal Rule of Civil Procedure 30(b)(4), that:

1. The deposition of Vanna M. Walker will be taken by Medical Benefits Administrators of MD, Inc. and Custom Rail Employer Welfare Trust Fund on September 9, 2008 at 4:00 p.m. (EST) by telephone before Sanders Gale & Russell Court Reporters.

2. All parties and their attorneys may participate in the deposition by calling Sanders Gale & Russell Court Reporters, dial in number 1-866-762-2372, Passcode 8209945#.

3. The telephone deposition of Vanna M. Walker will be recorded by a stenographer in the deponent's presence.

4. Medical Benefits Administrators of MD, Inc. and Custom Rail Employer Welfare Trust Fund will provide Vanna Walker, Sanders Gale & Russell Court Reporters and the parties' attorney's with documents to be used as exhibits during the deposition.

DATED:  August 28, 2008                                    MURO & LAMPE, INC.

                                                                  /s/  David J. Garcia
DAVID J. GARCIA
Attorney for Plaintiffs
MEDICAL BENEFITS ADMINISTRATORS  OF MD, INC.,
and CUSTOM RAIL EMPLOYER WELFARE TRUST FUND

DATED: August 28, 2008                                     CIRCUIT, McKELLOGG, KINNEY & ROSS LLP

                                                 /s/    Phillip C. Wing
PHILLIP C. WING
Attorneys for Defendant
VANNA M. WALKER

/////

/////

DATED: August 28, 2008 RANDOLPH CREGGER & CHALFANT LLP

    /s/    Thomas A. Cregger
THOMAS A. CREGGER
Attorneys for DAVID N. MAGAW

IT IS SO ORDERED:

Date:  September 4, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.civil/medicalbenefits2408.stipord(1)