MURO & LAMPE, INC.
Ross E. Lampe, Esq.  (SBN: 172336)
David J. Garcia, Esq. (SBN: 209311)
2277 Fair Oaks Blvd., Suite 155
Sacramento, CA 95825
Tel:  (916) 925-9500
Fax: (916) 925-9550

DYKEMA GOSSETT PLLC
Daniel J. Zollner, Esq.
10 South Wacker Drive, Suite 2300
Chicago, IL 60606
Tel:  (312) 627-2193
Fax: (866) 261-3777

Attorneys for Plaintiffs
MEDICAL BENEFITS ADMINISTRATORS OF
MD, INC., and CUSTOM RAIL EMPLOYER
WELFARE TRUST FUND

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDICAL BENEFITS ADMINISTRATORS OF MD, INC., a Maryland Corporation, and CUSTOM RAIL EMPLOYER WELFARE TRUST FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>SIERRA RAILROAD COMPANY, n/k/a SIERRA NORTHERN RAILWAY, VANNA M. WALKER, AMBER A. GILLES and DAVID N. MAGAW,<br><br>Defendants. | CASE NO.: 2:06-cv-02408-FCD-DAD<br><br>**STIPULATION AND ORDER TO TAKE DAVID N. MAGAW'S DEPOSITION BY TELEPHONE**<br><br>Judge:   Judge Frank C. Damrell, Jr.<br>Action Filed:  October 31, 2006 |

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiffs, MEDICAL

BENEFITS ADMINISTRATORS OF MD, INC., a Maryland Corporation, and CUSTOM RAIL

EMPLOYER WELFARE TRUST FUND, and Defendant, VANNA M. WALKER ("WALKER"),

and Defendant SIERRA RAILROAD COMPANY, n/k/a SIERRA NORTHERN RAILWAY, that pursuant to Federal Rule of Civil Procedure 29 and Federal Rule of Civil Procedure 30(b)(4):

    1.    The deposition of David N. Magaw will be taken by Medical Benefits Administrators of MD, Inc. and Custom Rail Employer Welfare Trust Fund on September 8, 2008 at 10:00 a.m. by telephone before Metro Reporting at 1451 River Park Drive, 1st Floor Conference Room, North Entrance, Sacramento, CA 95815.

    2.    The parties and their attorneys may participate in the deposition by calling Metro Reporting at 1-877-745-6317, use guest code 4321, or by personal appearance.

    3.    The telephone deposition of David N. Magaw will be recorded by a stenographer in the deponent's presence at Metro Reporting.

    4.    Medical Benefits Administrators of MD, Inc. and Custom Rail Employer Welfare Trust Fund will provide David N. Magaw, and the parties' attorney's with documents to be used as exhibits during the deposition.

| | |
|---|---|
| DATED:  August 28, 2008 | MURO & LAMPE, INC. |
| | _____/s/_David J. Garcia____<br>DAVID J. GARCIA<br>Attorney for Plaintiffs<br>MEDICAL BENEFITS ADMINISTRATORS  OF MD, INC., and CUSTOM RAIL EMPLOYER WELFARE TRUST FUND |
| DATED: August 28, 2008 | CIRCUIT, McKELLOGG, KINNEY & ROSS LLP |
| | _____/s/_____Phillip C. Wing_____<br>PHILLIP C. WING<br>Attorneys for Defendant<br>VANNA M. WALKER |

/////

1
2  DATED: August 28, 2008                    RANDOLPH CREGGER &
                                              CHALFANT LLP
3
                                                  /s/    Thomas A. Cregger
4                                             THOMAS A. CREGGER
                                              Attorneys for DAVID N. MAGAW
5

6  IT IS SO ORDERED:

7  Date:  September 4, 2008.
8
9                                             _____
10                                            DALE A. DROZD
                                              UNITED STATES MAGISTRATE JUDGE
11
12
   Ddad1/orders.civil/medicalbenefits2408.stipord(2)
13