MURO & LAMPE, INC.
Ross E. Lampe, Esq.  (SBN: 172336)
David J. Garcia, Esq. (SBN: 209311)
2277 Fair Oaks Blvd., Suite 155
Sacramento, CA 95825
Tel: (916) 925-9500
Fax: (916) 925-9550

DYKEMA GOSSETT PLLC
Daniel J. Zollner, Esq.
10 South Wacker Drive, Suite 2300
Chicago, IL 60606
Tel: (312) 627-2193
Fax: (866) 261-3777

Attorneys for Plaintiffs
MEDICAL BENEFITS ADMINISTRATORS
OF MD, INC., and CUSTOM RAIL EMPLOYER
WELFARE TRUST FUND

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDICAL BENEFITS ADMINISTRATORS OF MD, INC., a Maryland Corporation, and CUSTOM RAIL EMPLOYER WELFARE TRUST FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>SIERRA RAILROAD COMPANY, n/k/a SIERRA NORTHERN RAILWAY, VANNA M. WALKER, AMBER A. GILLES and DAVID N. MAGAW,<br><br>Defendants. | CASE NO.: 2:06-cv-02408-FCD-DAD<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINE**<br>**(First Request)**<br><br>**Judge:   Judge Frank C. Damrell, Jr.**<br>**Action Filed:  October 31, 2006** |

The Parties, by and between the Plaintiffs, MEDICAL BENEFITS ADMINISTRATORS OF MD, INC., a Maryland Corporation, and CUSTOM RAIL EMPLOYER WELFARE TRUST FUND, and Defendant, VANNA M. WALKER, and Defendant SIERRA RAILROAD

1
**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINE**

COMPANY, n/k/a SIERRA NORTHERN RAILWAY, request that Court extend the discovery deadline currently set for October 31, 2008.  The parties need additional time to conduct discovery which will assist in the resolution of this matter.  Accordingly, the parties request that the discovery deadline be extended to December 31, 2008.

DATED:  October 14, 2008                                            MURO & LAMPE, INC.


        /s/  David J. Garcia
DAVID J. GARCIA
Attorney for Plaintiffs
MEDICAL BENEFITS
ADMINISTRATORS  OF MD, INC.,
and CUSTOM RAIL EMPLOYER
WELFARE TRUST FUND

DATED: October 14, 2008                                             CIRCUIT, McKELLOGG, KINNEY
                                                                       & ROSS LLP


        /s/     Phillip C. Wing
PHILLIP C. WING
Attorney for Defendant
VANNA M. WALKER


DATED: October 14, 2008                                             RANDOLPH CREGGER &
                                                                       CHALFANT LLP


        /s/     Thomas A. Cregger
THOMAS A. CREGGER
Attorney for Defendant
SIERRA RAILROAD COMPANY,
n/k/a SIERRA NORTHERN RAILWAY

///

///

///

///

///

Having considered the Parties' Joint Stipulation to Extend Discovery Deadline;

**IT IS ORDERED** that the discovery deadline set for October 31, 2008 is **EXTENDED** until December 31, 2008.

Date: October 17, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE