MURO & LAMPE, INC.
Ross E. Lampe, Esq.  (SBN: 172336)
David J. Garcia, Esq. (SBN: 209311)
2277 Fair Oaks Blvd., Suite 155
Sacramento, CA 95825
Tel:  (916) 925-9500
Fax: (916) 925-9550

DYKEMA GOSSETT PLLC
Daniel J. Zollner, Esq.
10 South Wacker Drive, Suite 2300
Chicago, IL 60606
Tel:  (312) 627-2193
Fax: (866) 261-3777

Attorneys for Plaintiffs
MEDICAL BENEFITS ADMINISTRATORS OF
MD, INC., and CUSTOM RAIL EMPLOYER
WELFARE TRUST FUND

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDICAL BENEFITS ADMINISTRATORS OF MD, INC., a Maryland Corporation, and CUSTOM RAIL EMPLOYER WELFARE TRUST FUND,<br><br>    Plaintiffs,<br><br>    vs.<br><br>SIERRA RAILROAD COMPANY, n/k/a SIERRA NORTHERN RAILWAY, VANNA M. WALKER, AMBER A. GILLES and DAVID N. MAGAW,<br><br>    Defendants. | CASE NO.: 2:06-cv-02408-FCD-DAD<br><br>**STIPULATION AND ORDER TO TAKE DAVID RICHTER'S DEPOSITION BY TELEPHONE**<br><br>Judge:   Judge Frank C. Damrell, Jr.<br>Action Filed:  October 31, 2006 |

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiffs, MEDICAL BENEFITS ADMINISTRATORS OF MD, INC., a Maryland Corporation, and CUSTOM RAIL EMPLOYER WELFARE TRUST FUND, and Defendant, VANNA M. WALKER ("WALKER"),

1  and Defendant SIERRA RAILROAD COMPANY, n/k/a SIERRA NORTHERN RAILWAY,
2  that pursuant to Federal Rule of Civil Procedure 29 and Federal Rule of Civil Procedure
3  30(b)(4):
4
5      1.    The deposition of David Richter will be taken by SIERRA RAILROAD
6  COMPANY, n/k/a SIERRA NORTHERN RAILWAY, on October 27, 2008 at 1:00 p.m. before
7  Metro Reporting at 1030 G Street, Sacramento, CA 95814.
8      2.    The parties and their attorneys may participate in the deposition by calling
9  Randolph, Cregger & Chalfant at 916-443-4443, or by personal appearance.
10     3.    The telephone deposition of David Richter will be recorded by a stenographer in
11 the deponent's presence at Randolph, Cregger & Chalfant.
12     4.    The parties will provide David Richter, and the parties' attorneys with documents
13 to be used as exhibits during the deposition.
14

15 DATED: October 22, 2008                    MURO & LAMPE, INC.

16                                                    _____/s/_David J. Garcia____
17                                                    DAVID J. GARCIA
                                                      Attorney for Plaintiffs
18                                                    MEDICAL BENEFITS
                                                      ADMINISTRATORS OF MD, INC.,
19                                                    and CUSTOM RAIL EMPLOYER
                                                      WELFARE TRUST FUND
20

21 DATED: October 22, 2008                    CIRCUIT, McKELLOGG, KINNEY
                                               & ROSS LLP
22
                                                       /s/    Phillip C. Wing
23                                                    PHILLIP C. WING
                                                      Attorneys for Defendant
24                                                    VANNA M. WALKER

**STIPULATION AND ORDER TO TAKE DAVID RICHTER'S DEPOSITION BY TELEPHONE**
(2:06-cv-02408-FCD-DAD)

1  DATED: October 22, 2008            RANDOLPH CREGGER &
2                                      CHALFANT LLP

3                                          /s/    Thomas A. Cregger
                                       THOMAS A. CREGGER
4                                      Attorneys for SIERRA RAILROAD
                                       COMPANY
5
6  IT IS SO ORDERED:

7  Date:  October 24, 2008

8                                      _____
                                       FRANK C. DAMRELL, JR.
9                                      UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND ORDER TO TAKE DAVID RICHTER'S DEPOSITION BY TELEPHONE**
(2:06-cv-02408-FCD-DAD)