1  MURO & LAMPE, INC.
   Ross E. Lampe, Esq.  (SBN: 172336)
2  David J. Garcia, Esq. (SBN: 209311)
   2277 Fair Oaks Blvd., Suite 155
3  Sacramento, CA 95825
4  Tel:  (916) 925-9500
   Fax: (916) 925-9550
5
   DYKEMA GOSSETT PLLC
6  Daniel J. Zollner, Esq.
7  10 South Wacker Drive, Suite 2300
   Chicago, IL 60606
8  Tel:  (312) 627-2193
   Fax: (866) 261-3777
9
   Attorneys for Plaintiffs
10 MEDICAL BENEFITS ADMINISTRATORS OF
11 MD, INC., and CUSTOM RAIL EMPLOYER
   WELFARE TRUST FUND
12

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MEDICAL BENEFITS ADMINISTRATORS OF MD, INC., a Maryland Corporation, and CUSTOM RAIL EMPLOYER WELFARE TRUST FUND,<br><br>    Plaintiffs,<br><br>    vs.<br><br>SIERRA RAILROAD COMPANY, n/k/a SIERRA NORTHERN RAILWAY, VANNA M. WALKER, AMBER A. GILLES and DAVID N. MAGAW,<br><br>    Defendants. | CASE NO.: 2:06-cv-02408-FCD-DAD<br><br>**STIPULATION AND ORDER TO TAKE SUSAN STEPP'S DEPOSITION BY TELEPHONE**<br><br>**Judge:   Judge Frank C. Damrell, Jr.**<br>**Action Filed:  October 31, 2006** |
|---|---|

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiffs, MEDICAL

BENEFITS ADMINISTRATORS OF MD, INC., a Maryland Corporation, and CUSTOM RAIL

EMPLOYER WELFARE TRUST FUND, and Defendant, VANNA M. WALKER ("WALKER"),

**STIPULATION AND ORDER TO TAKE SUSAN STEPP'S DEPOSITION BY TELEPHONE**
(2:06-cv-02408-FCD-DAD)

and Defendant SIERRA RAILROAD COMPANY, n/k/a SIERRA NORTHERN RAILWAY, that pursuant to Federal Rule of Civil Procedure 29 and Federal Rule of Civil Procedure 30(b)(4):

1. The deposition of Susan Stepp will be taken by SIERRA RAILROAD COMPANY, n/k/a SIERRA NORTHERN RAILWAY, on October 27, 2008 at 10:00 a.m. before Metro Reporting at 1030 G Street, Sacramento, CA 95814.

2. The parties and their attorneys may participate in the deposition by calling Randolph, Cregger & Chalfant at 916-443-4443, or by personal appearance.

3. The telephone deposition of Susan Stepp will be recorded by a stenographer in the deponent's presence at Randolph, Cregger & Chalfant.

4. Medical Benefits Administrators of MD, Inc. and Custom Rail Employer Welfare Trust Fund will provide Susan Stepp, and the parties' attorneys with documents to be used as exhibits during the deposition.

DATED:  October 22, 2008                MURO & LAMPE, INC.

　　　　　　　　　　　　　　　　　　　　　　　/s/  David J. Garcia
                                         DAVID J. GARCIA
                                         Attorney for Plaintiffs
                                         MEDICAL BENEFITS
                                         ADMINISTRATORS  OF MD, INC.,
                                         and CUSTOM RAIL EMPLOYER
                                         WELFARE TRUST FUND

DATED: October 22, 2008                  CIRCUIT, McKELLOGG, KINNEY
                                         & ROSS LLP

                                         　　  /s/    Phillip C. Wing
                                         PHILLIP C. WING
                                         Attorneys for Defendant
                                         VANNA M. WALKER

**STIPULATION AND ORDER TO TAKE SUSAN STEPP'S DEPOSITION BY TELEPHONE**
(2:06-cv-02408-FCD-DAD)

| | | |
|---|---|---|
| 1 | DATED: October 22, 2008 | RANDOLPH CREGGER & CHALFANT LLP |

       /s/    Thomas A. Cregger
THOMAS A. CREGGER
Attorneys for SIERRA RAIL ROAD COMPANY

IT IS SO ORDERED:

Date: October 24, 2008

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

**STIPULATION AND ORDER TO TAKE SUSAN STEPP'S DEPOSITION BY TELEPHONE**
(2:06-cv-02408-FCD-DAD)