MURO & LAMPE, INC.
Ross E. Lampe, Esq.  (SBN: 172336)
David J. Garcia, Esq. (SBN: 209311)
2277 Fair Oaks Blvd., Suite 155
Sacramento, CA 95825
Tel:  (916) 925-9500
Fax: (916) 925-9550

DYKEMA GOSSETT PLLC
Daniel J. Zollner, Esq.
10 South Wacker Drive, Suite 2300
Chicago, IL 60606
Tel:  (312) 627-2193
Fax: (866) 261-3777

Attorneys for Plaintiffs
MEDICAL BENEFITS ADMINISTRATORS
OF MD, INC., and CUSTOM RAIL EMPLOYER
WELFARE TRUST FUND

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDICAL BENEFITS ADMINISTRATORS OF MD, INC., a Maryland Corporation, and CUSTOM RAIL EMPLOYER WELFARE TRUST FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>SIERRA RAILROAD COMPANY, n/k/a SIERRA NORTHERN RAILWAY, VANNA M. WALKER, AMBER A. GILLES and DAVID N. MAGAW,<br><br>Defendants. | CASE NO.: 2:06-cv-02408-FCD-DAD<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES, PRE-TRIAL CONFERENCE AND TRIAL SETTING (Second Request)**<br><br>**Judge:   Judge Frank C. Damrell, Jr.**<br>**Action Filed:  October 31, 2006** |

The Parties, by and between the Plaintiffs, MEDICAL BENEFITS ADMINISTRATORS OF MD, INC., a Maryland Corporation, and CUSTOM RAIL EMPLOYER WELFARE TRUST FUND, and Defendant, VANNA M. WALKER, and

Defendant SIERRA RAILROAD COMPANY, n/k/a SIERRA NORTHERN RAILWAY, through their respective counsel, request that Court extend the deadline for completion of non-expert discovery currently set for December 31, 2008.  The parties also request that the Court extend the deadline for designation/disclosure of expert witnesses currently set for November 14, 2008, and to complete all expert discovery currently set for January 5, 2009.  The parties request that the Court extend the last day to hear dispositive motions currently set for March 6, 2009.  The parties also request that the Court extend the pre-trial conference currently set for May 15, 2009 and the trial setting conference currently set for July 21, 2009.

The parties request the extensions because several discovery issues remain outstanding including the depositions of Custom Rail Employer Welfare Trust Fund's person most knowledgeable and Amber Gilles, a former employee of Sierra Railroad who was directly involved in Sierra Railroad's and Vanna Walker's enrollment in CREW.  Moreover, after learning of new information during the September 8, 2008 deposition of Sierra Railroad President David N. Magaw, Plaintiffs issued document requests to Vanna Walker, and Sierra Railroad, and subpoenaed records from Blue Shield of California.  Based on the responses and objections to the document requests and subpoena, it is apparent that Court intervention is necessary to compel the production of certain documents and to obtain protective orders.  Additional time is required in order to complete each of these tasks which will provide information necessary for the resolution of this matter.  As such, good cause exists to continue the discovery (expert and non-expert) dates, last day to hear dispositive motions, and pre-trial conference and the trial setting date.

Accordingly, the parties request that the deadline for completion of non-expert discovery be extended to April 30, 2009, that the deadline for designation/disclosure of expert witnesses be extended to May 15, 2009, that the deadline to complete all expert discovery be

extended to June 22, 2009, that the last day to file dispositive motions be continued to August 14, 2009, that the pre-trial conference be continued to October 23, 2009, and the trial be continued to December 4, 2009.

DATED:  December 9, 2008					MURO & LAMPE, INC.


							_____/s/_David J. Garcia_____
							DAVID J. GARCIA
							Attorney for Plaintiffs
							MEDICAL BENEFITS
							ADMINISTRATORS  OF MD, INC.,
							and CUSTOM RAIL EMPLOYER
							WELFARE TRUST FUND


DATED: December 9, 2008					CIRCUIT, McKELLOGG, KINNEY
							& ROSS LLP

							       /s/     Phillip C. Wing       
							PHILLIP C. WING
							Attorney for Defendant
							VANNA M. WALKER



DATED: December 9, 2008					RANDOLPH CREGGER &
							CHALFANT LLP

							       /s/     Thomas A. Cregger     
							THOMAS A. CREGGER
							Attorney for Defendant
							SIERRA RAILROAD COMPANY,
							n/k/a SIERRA NORTHERN RAILWAY


///

///

///

///

3

Having considered the Parties' Joint Stipulation to Extend Discovery Deadlines, Pre-Trial Conference and Trial Setting,

**IT IS ORDERED** that the non-expert discovery deadline set for December 31, 2008 is **EXTENDED** until **April 30, 2009**; that the deadline for designation/disclosure of expert witnesses set for November 14, 2008 is **EXTENDED** to **May 15, 2009**; that the deadline to complete all expert discovery set for January 5, 2009 is **EXTENDED** to **June 22, 2009**; that the last day to <u>hear</u> dispositive motions set for March 6, 2009 is **EXTENDED** to **August 21, 2009**; that the pre-trial conference set for May 15, 2009 is **EXTENDED** to **October 23, 2009, at 2:00 p.m.**; and that the court trial set for July 21, 2009 is **EXTENDED** to **January 12, 2010, at 9:00 a.m.**

Date: December 11, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE