MURO & LAMPE, INC.
Ross E. Lampe, Esq. (SBN: 172336)
David J. Garcia, Esq. (SBN: 209311)
2277 Fair Oaks Blvd., Suite 155
Sacramento, CA 95825
Tel: (916) 925-9500
Fax: (916) 925-9550

DYKEMA GOSSETT PLLC
Daniel J. Zollner, Esq.
10 South Wacker Drive, Suite 2300
Chicago, IL 60606
Tel: (312) 627-2193
Fax: (866) 261-3777

Attorneys for Plaintiffs
MEDICAL BENEFITS ADMINISTRATORS OF
MD, INC., and CUSTOM RAIL EMPLOYER
WELFARE TRUST FUND

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDICAL BENEFITS ADMINISTRATORS OF MD, INC., a Maryland Corporation, and CUSTOM RAIL EMPLOYER WELFARE TRUST FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>SIERRA RAILROAD COMPANY, n/k/a SIERRA NORTHERN RAILWAY, VANNA M. WALKER, AMBER A. GILLES and DAVID N. MAGAW,<br><br>Defendants. | CASE NO.: 2:06-cv-02408-FCD-DAD<br><br>**STIPULATION AND ORDER TO TAKE MEDICAL BENEFITS ADMINISTRATORS OF MD, INC.'s PMK DEPOSITION BY TELEPHONE**<br><br>**Judge:  Judge Frank C. Damrell, Jr.**<br>**Action Filed:  October 31, 2006** |

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiffs, MEDICAL

BENEFITS ADMINISTRATORS OF MD, INC., a Maryland Corporation, and CUSTOM RAIL

EMPLOYER WELFARE TRUST FUND, and Defendant, VANNA M. WALKER ("WALKER"),

and Defendant SIERRA RAILROAD COMPANY, n/k/a SIERRA NORTHERN RAILWAY, that pursuant to Federal Rule of Civil Procedure 29 and Federal Rule of Civil Procedure 30(b)(4):

    1.    The deposition of Ron Wilson will be taken by SIERRA RAILROAD COMPANY, n/k/a SIERRA NORTHERN RAILWAY, on December 15, 2008 at 1:00 p.m. (EST.) before Huseby, Inc. Reporting at 1630 Robin Circle, Forest Hill, MD, 21050.

    2.    The parties and their attorneys may participate in the deposition by calling 1-866-762-2372, passcode 8209945#, or by personal appearance.

    3.    The telephone deposition of Ron Wilson will be recorded by a stenographer in the deponent's presence at Medical Benefits Administrators of Md.'s office.

    4.    The parties will provide Ron Wilson, and the parties' attorneys with documents to be used as exhibits during the deposition.

DATED: October 22, 2008                        MURO & LAMPE, INC.

                                                                      /s/ David J. Garcia
                                                                 DAVID J. GARCIA
                                                                 Attorney for Plaintiffs
                                                                 MEDICAL BENEFITS
                                                                 ADMINISTRATORS  OF MD, INC.,
                                                                  and CUSTOM RAIL EMPLOYER
                                                                 WELFARE TRUST FUND

DATED: October 22, 2008                        CIRCUIT, McKELLOGG, KINNEY
                                                                 & ROSS LLP

                                                                  /s/ Phillip C. Wing
                                                                  PHILLIP C. WING
                                                                 Attorneys for Defendant
                                                                 VANNA M. WALKER

DATED: October 22, 2008                        RANDOLPH CREGGER &

1 | CHALFANT LLP

2 |    /s/   Thomas A. Cregger
3 | THOMAS A. CREGGER
   Attorneys for SIERRA RAILROAD
4 | COMPANY

5 IT IS SO ORDERED:

6 Date: December 11, 2008

7

8 _____
FRANK C. DAMRELL, JR.
9   UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND ORDER TO TAKE RON WILSON'S DEPOSITION BY TELEPHONE**
(2:06-cv-02408-FCD-DAD)