IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MEDICAL BENEFITS ADMINISTRATORS, et al.,

    Plaintiffs,

    v.

SIERRA RAILROAD COMPANY, et al.,

    Defendants.

_____/

No. CIV S-06-2408 FCD DAD

ORDER

        This matter came before the court on January 9, 2009 for hearing of plaintiffs' motion to compel defendant Sierra Railroad Company's answers to plaintiffs' fifth set of requests for documents as well as plaintiffs' motion for HIPAA qualified protective order, both of which were filed on December 16, 2008. David J. Garcia, Esq. appeared as counsel for plaintiffs. Thomas A. Cregger, Esq. appeared as counsel for defendant Sierra Railroad Company.

        During the hearing, counsel raised issues going beyond the matters addressed in the parties' timely joint statements regarding their discovery disagreements. Accordingly, the hearing of the motions was continued to January 23, 2009. Counsel were directed to file a supplemental joint statement that addresses the new issues and presents the parties' current positions on the dispute.

1     IT IS ORDERED that:

2     1. The hearing of plaintiffs' motion to compel defendant Sierra Railroad Company's answers to plaintiffs' fifth set of requests for documents (Doc. No. 99) and plaintiffs' motion for HIPAA qualified protective order (Doc. No. 100) is continued to **January 23, 2009, at 10:00 a.m.** in Courtroom 27 before the undersigned. Any party may appear at the hearing telephonically. To arrange telephonic appearance, the party shall contact Pete Buzo, at (916) 930-4128, no later than 4:00 p.m. on January 21, 2009.

    2. The parties' supplemental joint statement or statements shall be filed no later than 4:00 p.m. on January 20, 2009.

DATED: January 9, 2009.

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
DDad1\orders.civil\medicalbenefits2408.oah.cont

2