MURO & LAMPE, INC.
Mark A. Muro, Esq.   (SBN: 136305)
Ross E. Lampe, Esq.   (SBN: 172336)
David J. Garcia, Esq.   (SBN: 209311)
75 Iron Point Circle, Suite 155
Folsom, CA 95630
Tel: (916) 817-6300
Fax: (916) 817-6355

DYKEMA GOSSETT PLLC
Daniel J. Zollner, Esq.
10 South Wacker Drive, Suite 2300
Chicago, IL 60606
Tel: (312) 627-2193
Fax: (866) 261-3777

Attorneys for Plaintiffs
MEDICAL BENEFITS ADMINISTRATORS OF MD,
INC., and CUSTOM RAIL EMPLOYER WELFARE
TRUST FUND

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDICAL BENEFITS ADMINISTRATORS OF MD, INC., a Maryland Corporation, and CUSTOM RAIL EMPLOYER WELFARE TRUST FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>SIERRA RAILROAD COMPANY, n/k/a SIERRA NORTHERN RAILWAY, VANNA M. WALKER, AMBER A. GILLES and DAVID N. MAGAW,<br><br>Defendants. | No.: 2:06-cv-02408-FCD-DAD<br><br>**HIPAA QUALIFIED PROTECTIVE ORDER** |

## **HIPAA QUALIFIED PROTECTIVE ORDER**

NOW COME the Plaintiffs, MEDICAL BENEFITS ADMINISTRATORS OF MD, INC. and CUSTOM RAIL EMPLOYER WELFARE TRUST FUND, by and through their attorneys, ROSS E. LAMPE, MARK A. MURO and DAVID J. GARCIA of MURO & LAMPE, INC. and DANIEL J. ZOLLNER of DYKEMA GOSSETT PLLC, and, for its Motion for the entry of a

-1-

HIPAA Qualified Protective Order, due notice having been given to all parties and the Court being fully advised in the premises:

IT IS HEREBY ORDERED:

1. The current parties (and their attorneys) and any future parties (and their attorneys) to the above captioned matter are hereby authorized to receive, subpoena, and transmit "protected health information" (also referred to herein as "PHI") pertaining to individual health benefit claims for any employees of Sierra Railroad Company and participants listed on the attached Group Benefit Plan Questionnaire and Employee Census (Exhibits A and B), to the extent and subject to the conditions outlined herein;

2. For the purposes of this Qualified Protective Order, "PHI" or "protected health information" shall have the same scope and definition as set forth in 45 CFR 160.103 and 160.501.

3. All "covered entities" (as defined by 45 CFR 160.103) are hereby authorized to disclose PHI, as specified in Exhibit C, pertaining to individual health benefit claims for any employees of Sierra Railroad Company and participants listed on the attached Group Benefit Plan Questionnaire and Employee Census to all attorneys now of record in this matter or who may become of record in the future of this litigation.

4. Prior to disclosure, any covered entity shall redact the participants' name, birthday, and social security number from the PHI of individual health benefit claims for any employees of Sierra Railroad Company and participants listed on the attached Group Benefit Plan Questionnaire and Employee Census.

5. Prior to disclosure, and in lieu of providing the name, birthday or social security numbers, the covered entity shall assign a number to identify each employee of Sierra Railroad Company and participants listed on the attached Group Benefit Plan Questionnaire and

-2-
**PLAINTIFFS' HIPAA QUALIFIED PROTECTIVE ORDER**

Employee Census. The covered entity shall provide the indentifying number with the PHI for employees of Sierra Railroad Company and participants listed on the attached Group Benefit Plan Questionnaire and Employee Census. The covered entity shall maintain a list of the numbers assigned to each employee of Sierra Railroad Company and participants listed on the attached Group Benefit Plan Questionnaire and Employee Census.

6. Prior to disclosure, any covered entity shall affix bates stamp numbers to the PHI pertaining to individual health benefit claims for any employees of Sierra Railroad Company and participants listed on the attached Group Benefit Plan Questionnaire and Employee Census.

7. The parties and their attorneys shall be permitted to use the PHI of individual health benefit claims for any employees of Sierra Railroad Company and participants listed on the attached Group Benefit Plan Questionnaire and Employee Census, in any manner that is reasonably connected with the above-captioned litigation. This includes, but is not limited to, disclosure to the parties, their attorneys of record, the attorney's firm (i.e., attorneys, support staff, agents and consultants), the parties' insurers, experts, consultants, court personnel, court reporters, copy services, trial consultants, jurors, venire members and other entitles involved in the litigation process.

8. At the conclusion of the litigation as to any defendant (which shall be defined as the point at which final orders disposing of the entire case as to any defendant have been entered, or the time at which all trial and appellate proceedings have been exhausted as to any defendant), that defendant and any person or entity in possession of PHI received pursuant to this Order shall destroy any and all copies of PHI pertaining to individual health benefit claims for any employees of Sierra Railroad Company and participants listed on the attached Group Benefit Plan Questionnaire and Employee Census except: (1) the defendant that is no longer in the litigation may retain PHI generated by him/her/it; and (2) the remaining defendants in the

litigation, and persons or entities receiving PHI pursuant to Paragraph 7 of this order, may retain PHI in their possession.

9. This order shall not control or limit the use of protected health information pertaining to individual health benefit claims for any employees of Sierra Railroad Company and participants listed on the attached Group Benefit Plan Questionnaire and Employee Census that comes into the possession of any party or any party's attorney from a source other than a "covered entity" (as that term is defined in 45 CFR 160.103).

10. Nothing in this order authorized defense counsel to obtain medical records or information through means other than formal discovery requests, subpoena, depositions, pursuant to a patient authorization or through attorney-client communications.

11. Medical Benefits Administrators of Md., Inc. and Custom Rail Employer Welfare Trust Fund reserve their right, for good cause shown, to petition the Court for additional information regarding the employees of Sierra Railroad Company and participants listed on the attached Group Benefit Plan Questionnaire and Employee Census.

DATED: January 21 2009.

*Dale A. Drozd*
Hon. Dale A. Drozd
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.civil/medicalbenefits2408.protectiveord

Exhibit A

FAXTO BETH   315-768-8403   FROM Rich

# CREW

CUSTOM RAIL EMPLOYER WELFARE TRUST FUND

800-591-9119

RETURN ALL DOCUMENTS TO:
CREW
1103 Germerson Road Abingdon, MD 21009
Attn: Rob Gargulo
Fax: 410.313.0154

## GROUP BENEFIT PLAN QUESTIONNAIRE

**I. Tell Us About Your Organization:**

Group Name: Sierra Railroad Co
Street Address: 341 Industrial Way
City/ State/ Zip: Westland, CA 95776
Contact Person: David Magaw
Phone Number: 530-668-9646    Fax Number: 530-666-2919
Federal ID#: _____    Email: dmagaw@sierrarailroad.com
Type of Business: Railroad / Dinner - Excursion Trains
Total Number of Employees: 50         Union: ____  Non Union: X
Total Number of Participating Employees: 35
Total Number with Dependents: 18
Number of COBRA Participants: 0    Please indicate start date and termination date for each on the census.
Employer Contribution:    Employee: ____%    Dependent: ____%
Waiting Period:           Employee: 90 days   Dependent: 90 days.
Is it necessary for your benefits to comply with national union contracts? Yes ____ No ____

**II. Tell Us About Your Current Coverage:**

Proposed Effective Date: _____    Current Renewal Date: _____
Current Health Insurer: Kaiser, Blue Shield
Current Ancillary Coverage Carrier(s) (i.e. life, dental, disability): Delta Dental,
Acc/death coverage,
Has the current coverage been non-renewed or is it in the process of being non-renewed by your insurer? Yes ____ No X
Is your current plan fully insured? Yes X   No ____.

__Varies__ Current Single Deductible

__''__ Current Family Deductible

__''__ Current Co-Insurance Limit

__''__ Current Family Co-Insurance Limit

__''__ Are you currently enrolled in a PPO Program?

| | RATE HISTORY | | | | |
|---|---|---|---|---|---|
| YEAR | 2000 | 2001 | 2002 | | RENEWAL |
| CARRIER: | Information not available | | | | |
| Employee | | | | | |
| Parent / Child | | | | | |
| Husband / Wife | | | | | |
| Family | | | | | |

III. Tell Us About Your Group's Medical History:

Please answer to the best of your knowledge. The term participant means all eligible employees and dependents. Please do not disclose the name of the participant. This information is for group pricing purposes only. For each question answered yes, please provide specific details including participant's age and gender, whether employee or dependent, total amount paid, diagnosis and current status.

Are any participants pregnant? Yes _____ No __X__

Are you aware of any participants who are disabled? Yes _____ No __X__

Are you aware of any participants who have been hospitalized within the last 12 months or expect to be hospitalized in the next 12 months? Yes _____ No __X__

Are you aware of any participants who have incurred medical claims in excess of $5,000 over the last 12 months or have any major ongoing conditions? (i.e. cancer, kidney / liver, stroke, diabetes, heart, alcohol / drug, or immune system disorders, etc.) Yes _____ No __X__

IV. Tell Us Coverage Options You Would Like Information On:

Group Health Insurance:

        INDIVIDUAL        FAMILY

__X__ $200 deductible  _____ $400 deductible

_____ other

Group Life Insurance and Accidental Death & Dismemberment (AD&D) Insurance:

_____ Plan I:    All Employees @ 1 x Annual Salary to $50,000 Maximum

_____ Plan II:   All Employees @ 2 x Annual Salary to $100,000 Maximum

_____ Plan III:  All Employees @ $15,000 Life Insurance, $15,000 AD&D

Weekly Indemnity / Supplemental Income (Short Term Disability):

_____ # of Full Time Employees Eligible for Railroad Retirement Benefits

_____ # of Employees not Eligible for Railroad Retirement Benefits

_____ Percentage of Salary

_____ Maximum Weekly Benefit

Dental Insurance:

__X__ Plan I:    $50 Deductible (no orthodontia)  ⎫
_____ Plan II:  $50 Deductible (w/orthodontia)   ⎬  quote both
__X__ Plan III:  $100 Deductible (no orthodontia) ⎭
_____ Plan IV:  $100 Deductible (w/orthodontia)

V. Some Additional Information:

Please also attach the following information so that we may provide you with a proposal:

    1. Complete Employee Census Attached

    2. Copy of Your Most Recent Bill   *not available*

    3. Copy of Your Benefit Book or Summary Plan Description   *not available*

I understand and certify to the best of my knowledge and belief, that all of the above information is complete and accurate.

Signature: _David Magan_

Date: _7-17-03_

Sent by: INSURANCE OFFICES 07/17/2003 14:26 5306662919 410 515 0154; 07/18/03 2:59PM;JetFax_#514;Page 4/5
YOLO SHORT LINE RAIL PAGE 04

| | Employee Name | Sex | DOB | Emp Only | mp&Spou | mp&Chldrn | Family | Home Zip | FT/PT | Worker Comp or FELA | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Acosta, Leonardo | M | 9/17/1970 | | | | x | 95776 | FT | FELA | |
| 2 | Briley, Lisa D. | F | 1/21/1966 | | | x | | 95621 | FT | FELA | |
| 3 | Bumpus, James J. | M | 12/13/1960 | | | x | | 95993 | FT | FELA | |
| 4 | Camarena, Anthony C. | M | 7/22/1968 | x | | | | 95691 | PT | FELA | |
| 5 | Caperton, Franklin R. | M | 6/8/1963 | x | | | | 95379 | PT | FELA | |
| 6 | Carey, Lewis M. | M | 9/30/1950 | x | | | | 95327 | FT | FELA | |
| 7 | Carsner, Gene D. | M | 12/8/1969 | x | | | | 95370 | FT | FELA | |
| 8 | Challender, Brian F. | M | 2/22/1955 | x | | | | 95610 | FT | FELA | |
| 9 | Challender, Robert F. | M | 8/29/1944 | | | | | 95662 | PT | FELA | |
| 10 | Challender, Joshua J | M | 3/26/1976 | | | | | 95610 | PT | FELA | |
| 11 | Coyle, Russel D. | M | 1/9/1958 | | | | | 95327 | FT | FELA | |
| 12 | Dannmann, Judith V | F | 8/12/1945 | | | | | 95642 | PT | FELA | Office person |
| 13 | DeHoogh, Michael | M | 6/22/1967 | x | | | | 95664 | FT | FELA | |
| 14 | Edwards, Mike K. | M | 7/17/1974 | x | | | | 95616 | FT | FELA | |
| 15 | Egbert, Kenneth R | M | 4/26/1940 | | x | | | 95961 | FT | FELA | Office person |
| 16 | Garcia, Rosario | M | 12/16/1956 | | | | | 95670 | PT | FELA | |
| 17 | Giles, Amber A. | F | 9/6/1974 | | x | | | 95833 | FT | FELA | Office person |
| 18 | Giles, Thomas D. | M | 9/14/1960 | | | | | 95833 | PT | FELA | |
| 19 | Gilman, Mike | M | 12/10/1952 | | x | | | 95678 | FT | FELA | |
| 20 | Helmbold, Stuart J. | M | 5/30/1989 | | | | x | 95327 | FT | FELA | |
| 21 | Henting, Kenneth E. | M | 75 | | | | | 95305 | FT | FELA | |
| 22 | Hunley, Joshua S. | M | 2/12/1984 | | | | | 95616 | PT | FELA | |
| 23 | Ingold, Larry | M | 12/26/1946 | x | | | | 95361 | FT | FELA | |
| 24 | Juhola, Robert A. | M | 5/31/1951 | x | | | | 95361 | FT | FELA | |
| 25 | Kirby, Tracy | M | 2/4/1969 | | | | x | 95776 | FT | FELA | |
| 26 | Lackner, Steven D. | M | 4/19/1952 | | | x | | 95685 | FT | FELA | |
| 27 | Leon, Brigedo Y. | M | 10/22/1944 | | | | | 95668 | FT | FELA | |
| 28 | Leon, Luis | M | 12/20/1946 | | | | | 95665 | FT | FELA | |
| 29 | Magee, Matthew | M | 8/17/1976 | x | | | | 96158 | FT | FELA | |
| 30 | Magaw, David N. | M | 9/16/1962 | | | | x | 95921 | FT | FELA | Office person |
| 31 | Magaw, Matthew P. | M | 8/9/1963 | | | | | 95821 | PT | FELA | |
| 32 | Morales, Yesenia R | F | 9/20/1972 | | | | | 95616 | PT | FELA | |
| 33 | Muller, James E. | M | 3/10/1947 | | x | | | 95627 | FT | FELA | |
| 34 | Odom, Modoc C. | M | 7/15/1976 | x | | | | 95685 | FT | FELA | |
| 35 | Pantoja, Oscar | M | 11/15/1968 | | | | x | 95776 | FT | FELA | |
| 36 | Peck, Eugene | M | 9/22/1946 | | | | | 95624 | PT | FELA | |
| 37 | Skofield, Richard | M | 5/8/1946 | | x | | | 95361 | FT | FELA | Office person |
| 38 | Smith, David G. | M | 5/12/1962 | | | x | | 95695 | FT | FELA | |
| 39 | Speight, John J. | M | 5/29/1943 | | x | | | 95678 | FT | FELA | Office person |

McTaggart, Randy
Guzman, Juan

ent by: INSURANCE OFFICES 07/17/2003 14:26 5306662919

| # | Name | Sex | Date | | | | | ID | Type |
|---|---|---|---|---|---|---|---|---|---|
| 40 | Stabler, Robert D. | M | 10/5/1983 | | | | | 95776 PT | FELA |
| 41 | Wimander, Leslie H. | M | 12/13/1958 | | | | | 95691 PT | FELA |
| 42 | Woods, Robert S. | M | 5/10/1950 | | | | | 95864 PT | FELA |
| 43 | York, Tony J. | M | 2/22/1962 | | | x | | 95887 FT | FELA |
| 44 | Caldwell, Wehman | M | 60 | | x | | | 95361 PT | WC |
| 45 | Hart, Christopher | M | 10/16/1986 | x | | | | 95361 FT | WC |
| 46 | Honor, Cynthia | F | 9/5/1969 | x | | | | 95361 FT | WC |
| 47 | Hunley, Denise O. | F | 4/30/1955 | x | | | | 95616 FT | WC |
| 48 | Pinel, Robert | M | 6/18/1977 | x | | | | 95361 FT | WC |
| 49 | Reece, Kyle | F | 3/21/1979 | x | | | | 85361 FT | WC |
| 50 | Nilsson, Torghy | M | 3/22/1968 | | | | x | 95616 FT | WC |

1. PT personnel are not entitled to benefits, but in certain circumstances have arranged coverage through the company, with payroll deduction for costs.
2. Company covers the employee and a portion of other family coverage for FT personnel.
3. There are other PT personnel that work for the Dinner Train operation that are not listed above, and are not entitled to benefits.

410 515 0154; 07/18/03 2:59PM; JetFax #514; Page 5/5 YOLO SHORT LINE RAIL PAGE 05

**Exhibit B**

10/29/03

| Employee | Coverage | Kaiser $15 co-pay (existing plan) | Kaiser $20 co-pay (new plan) | Crew - full medical | Crew - Occupational Only |
|---|---|---|---|---|---|
| **Sr. Mgr** | | | | | |
| Chris Hart | Emp | $135.00 | $129.60 | $247.94 | |
| Ingold, Larry | Emp | $346.00 | $332.16 | $247.94 | |
| Lackner, Steven D. | P&C | $467.00 | $448.32 | $443.01 | |
| Magaw, David N. | Fam | $744.00 | $714.24 | $740.00 | |
| Robert Pinole | Emp | $123.00 | $118.08 | $247.94 | |
| Speight, John J. | H&W | $811.00 | $778.56 | $544.92 | |
| Torgny Nilsson | Fam | $634.00 | $608.64 | $740.00 | |
| | | | | | |
| **Line Mgr** | | | | | |
| Challender, Brian F. | H&W | $473.00 | $454.08 | $544.92 | |
| Carey, Lewis M. | H&W | $570.00 | $547.20 | $544.92 | |
| Edwards, Mike K. | Emp | $164.00 | $157.44 | $247.94 | |
| Gilles, Amber A. | H&W | $412.00 | $395.52 | $544.92 | |
| Helmbold, Stuart J. | Fam | $634.00 | $608.64 | $740.00 | |
| Muller, James E. | H&W | $727.00 | $697.92 | $544.92 | |
| Randy McTaggart | Emp | $164.00 | $157.44 | $247.94 | |
| Smith, David G. | P&C | $401.00 | $384.96 | $443.01 | |
| | | | | | |
| **Full Time** | | | | | |
| Acosta, Leonardo | Fam | $634.00 | $608.64 | $740.00 | |
| Briley, Lisa D. | P&C | $427.00 | $409.92 | $443.01 | |
| Bumpus, James J. | P&C | $410.00 | $393.60 | $443.01 | |
| Camarena, Anthony C. | Emp | $181.00 | $173.76 | $247.94 | |
| Carsner, Gene D. | Fam | $634.00 | $608.64 | $740.00 | |
| Coyle, Russel D. | Emp | $211.00 | $202.56 | $247.94 | |
| DeHoogh, Michael | Emp | $181.00 | $173.76 | $247.94 | |
| Egbert, Kenneth R | Emp | $274.00 | $263.04 | $247.94 | |
| Gillman, Mike | Emp | $274.00 | $263.04 | $247.94 | |
| Guzman, Juan Jose Acosta | Fam | $634.00 | $608.64 | $740.00 | |
| Honor, Cynthia | Fam | $634.00 | $608.64 | $740.00 | |
| Juhola, Robert A. | Emp | $274.00 | $263.04 | $247.94 | |
| Kirby, Tracy | Fam | $634.00 | $608.64 | $247.94 | |
| Leon, Brigado Y. | Emp | $346.00 | $332.16 | $247.94 | |
| Leon, Luis | Emp | $346.00 | $332.16 | $247.94 | |
| Magas, Matthew | Emp | $181.00 | $173.76 | $247.94 | |
| Marketing person 1 | Fam | $574.00 | $551.04 | $740.00 | |
| Marketing person 2 | Emp | $181.00 | $173.76 | $247.94 | |
| Odom, Modoc C. | Emp | $164.00 | $157.44 | $247.94 | |
| Pantoja, Oscar | Fam | $634.00 | $608.64 | $740.00 | |
| Reece, Kylie | Emp | $123.00 | $118.08 | $247.94 | |
| York, Tony J. | P&C | $634.00 | $608.64 | $740.00 | |
| | | | | | |
| Monthly cost | | $15,390.00 | $14,774.40 | $16,359.56 | |
| Annual cost | | $184,680.00 | $177,292.80 | $196,314.72 | |
| | | | | | |
| Additional cost of CREW | | $11,634.72 | $19,021.92 | --- | |

**Part Time or employees opting out of your medical coverage w/ FELA exp.**

| | |
|---|---:|
| Caperton, Franklin | $ 80.00 |
| Challender, Robert | $ 80.00 |
| Challender, Joshua | $ 80.00 |
| Dammann, Judith | $ 80.00 |
| Garcia, Rosario | $ 80.00 |
| Gilles, Thomas | $ 80.00 |
| Henling, Kenneth | $ 80.00 |
| Hunley, Joshua | $ 80.00 |
| Magaw, Matthew | $ 80.00 |
| Moreales, Yesenia | $ 80.00 |
| Peck, Eugene | $ 80.00 |
| Skofield, Richard | $ 80.00 |
| Slabler, Robert | $ 80.00 |
| Wilmunder, Leslie | $ 80.00 |
| Woods, Robert | $ 80.00 |
| | $ 1,200.00 |

Notes:
1. If eligible employees are allowed to opt out of the coverage, they must sign a Declination Form
2. A minimum of 70% of eligible employees must participate in the full coverage program
3. Occupational Only coverage is available to those employees who choose not to participate in in the program, part time employees who are subject to FELA but not eligible to participate in your employee benefits program or any probationary periods for new hires. The premium for this coverage is $85.00 per employee per month

Exhibit C

Documents relating to Yolo Shortline Railroad Company or Sierra Railroad Company's Account No. BU 000070042-0000 with Kaiser Permanente and Account No. 605849 with Blue Shield of California (Collectively referred to as the "Plans") for (a) pregnancies by employees or dependents of Yolo Shortline Railroad Company or Sierra Railroad Company who participated in the Plans within the twelve months prior to July 17, 2003 and 12 months after July 17, 2003, (b) hospitalizations by employees or dependents of Yolo Shortline Railroad Company or Sierra Railroad Company who participated in the Plans within the twelve months prior to July 17, 2003 and 12 months after July 17, 2003, (c) medical claims in excess of $5,000.00 by employees or dependents of Yolo Shortline Railroad Company or Sierra Railroad Company who participated in the Plans within the 12 months prior to July 17, 2003 and 12 months after July 17, 2003, (d) claims involving major ongoing conditions such as cancer, kidney/liver, stroke, diabetes, heart, alcohol/drug or immune system disorders by employees or dependents of Yolo Shortline Railroad Company or Sierra Railroad Company who participated in the Plans within the 12 months prior to July 17, 2003 and 12 months after July 17, 2003, and (e) claims involving disability by employees or dependents of Yolo Shortline Railroad Company or Sierra Railroad Company who participated in the Plans within the 12 months prior to July 17, 2003 and 12 months after July 17, 2003.