IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MEDICAL BENEFITS
ADMINISTRATORS, et al.,

        Plaintiffs,

   v.

SIERRA RAILROAD COMPANY,
et al.,

        Defendants.

No. CIV S-06-2408 FCD DAD

ORDER

        This case is on the court's February 6, 2009 calendar at 10:00 a.m. for further hearing of plaintiffs' motion to compel defendant Sierra Railroad Company's answers to plaintiffs' fifth set of requests for documents. By this order the motion is denied without prejudice and dropped from the calendar.

BACKGROUND

        Plaintiffs' motion to compel initially came before the court on January 9, 2009, together with plaintiffs' motion for HIPAA qualified protective order. When counsel raised issues not addressed in their joint statements regarding the discovery disagreements, the court continued the hearing of both motions to January 23, 2009, and ordered counsel to file a supplemental joint statement.

In a supplemental joint statement filed on January 20, 2009, the parties informed the court that defendant had agreed to produce the requested documents, conditioned upon the redaction of private information and upon the entry of a HIPAA qualified protective order. The supplemental joint statement was accompanied by a proposed HIPAA qualified protective order, which was signed by the undersigned and filed on January 20, 2009. Plaintiffs' counsel subsequently requested a continuance of the hearing of the motion to compel to February 6, 2009, pending the parties' agreement on a deadline for defendant's production of the documents.

The time for filing a joint statement regarding any remaining issues expired on February 4, 2009. No joint statement has been filed, and plaintiffs' counsel has not requested a further continuance. It appears that are no further issues to be resolved regarding plaintiffs' motion to compel.

IT IS ORDERED that:

1. Plaintiffs' December 16, 2008 motion to compel defendant Sierra Railroad Company's answers to plaintiffs' fifth set of requests for documents (Doc. No. 99) is denied without prejudice; and

2. Plaintiffs' motion is dropped from the court's February 6, 2009 law and motion calendar.

DATED: February 4, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1/orders.civil/medicalbenefits2408.mtc.den