PHILLIP C. WING SBN 120778
CIRCUIT, MCKELLOGG, KINNEY & ROSS LLP
LAW OFFICES
MANCHESTER FINANCIAL BUILDING
1205 PROSPECT STREET, SUITE 400
LA JOLLA, CALIFORNIA 92037
TELEPHONE (858) 459-0581 - TELECOPIER (858) 459-0690

JEFFERY PRICE, ESQ. UBN 6315
BOSTWICK & PRICE, P.C.
LAW OFFICES
ONE HUNDRED WEST
CEN TEX EXPRESSWAY, SUITE 305
HARKER HEIGHTS, TEXAS 76548
TELEPHONE (254) 371-5646 – TELECOPIER (254) 690-3478

Attorneys for Defendant
Vanna M. Walker, an Individual

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDICAL BENEFITS ADMINISTRATORS OF MD, INC., a Maryland Corporation and CUSTOM RAIL EMPLOYER WELFARE TRUST FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>SIERRA RAILROAD COMPANY, n/k/a/ SIERRA NORTHERN RAILWAY, et al.<br>Defendant. | Case No.  2:06-cv-02408-FCD-DAD<br><br>**STIPULATION AND ORDER EXTENDING DATE FOR DESIGNATION OF EXPERT WITNESSES**<br><br>JUDGE: Frank C. Damrell, Jr.<br>ROOM:  2<br>ACTION FILED: October 31, 2006 |

Plaintiff MEDICAL BENEFITS ADMINISTRATORS OF MD, INC., and CUSTOM RAIL EMPLOYER WELFARE TRUST FUND ("Plaintiffs") and Defendants VANNA M. WALKER, and SIERRA RAILROAD COMPANY nka SIERRA NORTHERN RAILWAY ("Defendants"), through their respective attorneys, hereby stipulate to extend the deadline to designate expert witnesses from May 15, 2009, to June 5, 2009.

IT IS SO STIPULATED AND AGREED.

Dated: May 15, 2009.                      CIRCUIT, MCKELLOGG, KINNEY & ROSS LLP


By:    /s/
    Phillip C. Wing
Attorneys for Defendant
VANNA M. WALKER

Dated: May __, 2009.                      MURO & LAMPE, INC.


By:    /s/
    Ross Lampe
Attorneys for Plaintiff
MBA and CUSTOM RAIL EMPLOYER WELFARE TRUST FUND

Dated: May ___, 2009.


By:    /s/
    Thomas Allen Cregger
Attorneys for Defendant
SIERRA RAILROAD COMPANY
nka SIERRA NORTHERN RAILWAY

**IT IS SO ORDERED.**

Dated: June 2, 2009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE