MURO & LAMPE, INC.
Ross E. Lampe, Esq. (SBN: 172336)
Marcell P. Neri, Esq. (SBN: 258537)
75 Iron Point Circle, Suite 155
Folsom, CA 95630
Tel: (916) 817-6300
Fax: (916) 817-6355

DYKEMA GOSSETT PLLC
Daniel J. Zollner, Esq.
10 South Wacker Drive, Suite 2300
Chicago, IL 60606
Tel: (312) 627-2193
Fax: (866) 261-3777

Attorneys for Plaintiffs
MEDICAL BENEFITS ADMINISTRATORS
OF MD, INC., and CUSTOM RAIL EMPLOYER
WELFARE TRUST FUND

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDICAL BENEFITS ADMINISTRATORS OF MD, INC., a Maryland Corporation, and CUSTOM RAIL EMPLOYER WELFARE TRUST FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>SIERRA RAILROAD COMPANY, n/k/a SIERRA NORTHERN RAILWAY, VANNA M. WALKER, AMBER A. GILLES and DAVID N. MAGAW,<br><br>Defendants. | CASE NO.: 2:06-cv-02408-FCD-DAD<br><br>**JOINT STIPULATION AND ORDER TO EXTEND THE TRIAL, FINAL PRE-TRIAL CONFERENCE AND JOINT PRE-TRIAL STATEMENT**<br><br>**Judge: Judge Frank C. Damrell, Jr.**<br>**Action Filed: October 31, 2006** |

Plaintiffs, MEDICAL BENEFITS ADMINISTRATORS OF MD, INC., a Maryland

Corporation, and CUSTOM RAIL EMPLOYER WELFARE TRUST FUND, and Defendant,

1
**JOINT STIPULATION AND ORDER TO EXTEND THE TRIAL, FINAL PRE-TRIAL CONFERENCE AND JOINT PRE-TRIAL STATEMENT**

VANNA M. WALKER, and Defendant, SIERRA RAILROAD COMPANY, n/k/a SIERRA NORTHERN RAILWAY (hereinafter "the Parties"), by and through their attorneys, request that this Honorable Court enter the Parties' Joint Stipulation to Extend the Trial, Final Pre-Trial Conference and Joint Pre-Trial Statement. Pursuant to Federal Rules of Civil Procedure Rule 6 and Local Rule 6-144, the Parties hereby stipulate to extending the Trial previously set for January 12, 2010 through January 21, 2010 (8 court days), to August 3, 2010 through August 12, 2010 (8 court days). The reason for the extension is that Plaintiff has become involved in an action the United States District Court for the Northern District of Illinois, Eastern Division, entitled <u>Evangelical Benefit Trust, et al. v. Lloyd's Underwriter Syndicate Nos. 2987</u>, Case No. 09 C 4004. The issues in that case involve indemnification for losses and defense expenses relating to specific excess loss claims. **Plaintiff, MEDICAL BENEFIT ADMINISTRATORS OF MD, INC., is the claim administrator for the ten trusts who are plaintiffs in that case, and thus, is heavily involved in Rule 26 disclosures, preliminary procedures, and pleadings. Further, Defendant, VANNA WALKER, has been recalled to active military duty and is currently in the process of relocating to her assignment in Texas. Her availability at time of trial is unclear and the relocation itself will impede her ability to assist in the defense of the matter. For these reasons, the Parties hereby stipulate to extending the Trial to commence on Tuesday, August 3, 2010 through Thursday, August 12, 2010 (8 court days).**

Furthermore, pursuant to Federal Rules of Civil Procedure Rules 6 & 83, and Local Rules 6-144 & 83-143, the Parties hereby stipulate to extending the Final Pre-Trial Conference previously set to occur on Friday, November 13, 2009, and the Joint Pre-Trial Statement previously set to be filed no later than Friday, November 6, 2009. Neither Ross Lampe nor Daniel Zollner, attorneys for Plaintiffs, is able to attend the Final Pre-Trial Conference on November 13, 2009. Additionally,

since the Parties stipulate to extending the Trial to commence on August 3, 2010, the Final Pretrial Conference would more appropriately be heard at a time closer to trial.  **As such, the parties hereby stipulate to extending the Final Pre-Trial Conference to occur on Friday, May 21, 2010 at 1:30 p.m. (PST), and the Joint Pre-Trial Statement to be filed no later than May 14, 2010.**

DATED:  November 6, 2009          MURO & LAMPE, INC.


                                  _____/s/_ Marcell P. Neri____
                                  MARCELL P. NERI
                                  Attorney for Plaintiffs
                                  MEDICAL BENEFITS
                                  ADMINISTRATORS  OF MD, INC.,
                                  and CUSTOM RAIL EMPLOYER
                                  WELFARE TRUST FUND


DATED: November 6, 2009           CIRCUIT, McKELLOGG, KINNEY
                                  & ROSS LLP

                                     /s/    Phillip C. Wing
                                  PHILLIP C. WING
                                  Attorney for Defendant
                                  VANNA M. WALKER


DATED: November 6, 2009           RANDOLPH CREGGER &
                                  CHALFANT LLP

                                     /s/    Thomas A. Cregger
                                  THOMAS A. CREGGER
                                  Attorney for Defendant
                                  SIERRA RAILROAD COMPANY,
                                  n/k/a SIERRA NORTHERN RAILWAY

///

///

///

Having considered the parties' Joint Stipulation to Extend the Trial, Final Pre-Trial

3

**JOINT STIPULATION AND ORDER TO EXTEND THE TRIAL, FINAL PRE-TRIAL CONFERENCE AND JOINT PRE-TRIAL STATEMENT**

1  Conference and Joint Pre-Trial statement;

2  **IT IS ORDERED that the Trial in this action commence on Tuesday, August 3, 2010 and continue through Thursday, August 12, 2010 (8 court days), the Final Pre-Trial Conference to occur on Friday, May 21, 2010 at 1:30 p.m. (PST), and the Joint Pre-Trial Statement to be filed no later than May 14, 2010.**

Date: November 6, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE