MURO & LAMPE, INC.
Ross E. Lampe, Esq.  (SBN: 172336)
Mark A. Muro, Esq.  (SBN: 136305)
75 Iron Point Circle, Suite 155
Folsom, CA 95630
Tel: (916) 817-6300
Fax: (916) 817-6355

DYKEMA GOSSETT PLLC
Daniel J. Zollner, Esq.
10 South Wacker Drive, Suite 2300
Chicago, IL 60606
Tel: (312) 627-2193
Fax: (866) 261-3777

Attorneys for Plaintiffs
MEDICAL BENEFITS ADMINISTRATORS
OF MD, INC., and CUSTOM RAIL EMPLOYER
WELFARE TRUST FUND

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDICAL BENEFITS ADMINISTRATORS OF MD, INC., a Maryland Corporation, and CUSTOM RAIL EMPLOYER WELFARE TRUST FUND,<br><br>    Plaintiffs,<br><br>    vs.<br><br>SIERRA RAILROAD COMPANY, n/k/a SIERRA NORTHERN RAILWAY, VANNA M. WALKER, AMBER A. GILLES and DAVID N. MAGAW,<br><br>    Defendants. | CASE NO.: 2:06-cv-02408-FCD-KJN<br><br>**JOINT STIPULATION AND ORDER TO THE ADMITTANCE OF VANNA M. WALKER'S MEDICAL RECORDS FROM ARLINGTON MEMORIAL HOSPITAL AND ARLINGTON CANCER CENTER**<br><br>**Judge:   Judge Kendall J. Newman**<br>**Action Filed:  October 31, 2006** |

Plaintiffs, MEDICAL BENEFITS ADMINISTRATORS OF MD, INC., a Maryland

Corporation, and CUSTOM RAIL EMPLOYER WELFARE TRUST FUND, and Defendant,

1

VANNA M. WALKER, and Defendant, SIERRA RAILROAD COMPANY, n/k/a SIERRA NORTHERN RAILWAY (hereinafter "the Parties"), by and through their attorneys, request that this Honorable Court enter the Parties' Joint Stipulation to the Admittance of Vanna M. Walker's Medical Records from Arlington Memorial Hospital and Arlington Cancer Center.  Pursuant to Federal Rules of Civil Procedure Rule 83 and Local Rule 83-143, the Parties hereby stipulate to the following:

1. Defendant VANNA M. WALKER's medical records, including medical billing records, from Arlington Memorial Hospital in Arlington, Texas, Volumes 1-4, Bates Numbers 1-1389, are relevant to the adjudication of the issues in the present action;

2. Defendant VANNA M. WALKER's medical records, including medical billing records, from Arlington Cancer Center in Arlington, Texas, Volumes 1-6, Bates Numbers 1-1964 and Volume 1-2, Bates Numbers 1-491, are relevant to the adjudication of the issues in the present action; and

3. The entirety of Ms. Walker's medical records as referenced in paragraphs 1 and 2 above, shall be deemed admissible evidence at the trial of the instant action, for any purpose whatsoever.

DATED:  May 21, 2010                                              MURO & LAMPE, INC.

                                                                                  _____/s/_____
                                                                                  ROSS E. LAMPE
                                                                                  Attorney for Plaintiffs
                                                                                  MEDICAL BENEFITS
                                                                                  ADMINISTRATORS OF
                                                                                  MD, INC., and CUSTOM RAIL
                                                                                  EMPLOYER WELFARE TRUST FUND

///

///

1

2  DATED: __May 13, 2010___                    CIRCUIT, McKELLOGG, KINNEY
                                                & ROSS LLP
3
                                                        /s/
4                                               PHILLIP C. WING
                                                Attorneys for Defendant
5                                               VANNA M. WALKER

6

7  DATED: __May 13, 2010___                    RANDOLPH CREGGER &
                                                CHALFANT LLP
8
                                                        /s/
9                                               THOMAS A. CREGGER
                                                Attorneys for DAVID N. MAGAW
10

11

12
       **IT IS SO ORDERED.**
13
   Date:  May 21, 2010.
14                                              _____
                                                FRANK C. DAMRELL, JR.
15                                              UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28
                                        3
   JOINT STIPULATION AND ORDER TO THE ADMITTANCE OF VANNA M. WALKER'S MEDICAL
       RECORDS FROM ARLINGTON MEMORIAL HOSPITAL AND ARLINGTON CANCER CENTER