1  RANDOLPH, CREGGER & CHALFANT LLP
   THOMAS A. CREGGER, State Bar No. 124402
2  STEPHANIE L. QUINN, State Bar No. 216655
   WENDY MOTOOKA, State Bar No. 233589
3  1030 G Street
   Sacramento, California 95814
4  Telephone: (916) 443-4443
   Facsimile:   (916) 443-2124
5

   Attorneys for Defendant SIERRA RAILROAD COMPANY, n/k/a
6  SIERRA NORTHERN RAILWAY AND VANNA M. WALKER

7

8               UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

10

11 MEDICAL BENEFITS ADMINISTRATORS OF         No. 2:06-cv-02408 FCD-KJN
   MD, INC., a Maryland Corporation, and CUSTOM
12 RAIL EMPLOYER WELFARE TRUST FUND,          **JOINT STIPULATION AND
                                              ORDER TO CONTINUE THE
13         Plaintiffs,                        TRIAL DATE TO DECEMBER
                                              6, 2010 AT 2:00 P.M.**
14     vs.
                                              **Judge: Frank C. Damrell, Jr.**
15 SIERRA RAILROAD COMPANY, n/k/a SIERRA
   NORTHERN RAILWAY, et al.,                  **Action Filed: October 31, 2006**
16
           Defendants.
17 _____/

18     Defendants SIERRA RAILROAD COMPANY, n/k/a SIERRA NORTHERN RAILWAY,

19 and VANNA M. WALKER and plaintiffs, MEDICAL BENEFITS ADMINISTRATORS OF MD,

20 INC., a Maryland Corporation, and CUSTOM RAIL EMPLOYER WELFARE TRUST FUND,

21 (HEREINAFTER "the Parties"), by and through their attorneys, request that this Honorable Court

22 enter the Parties' Joint Stipulation to Continue the Trial to December 6, 2010, at 2:00 p.m.

23     All filing deadlines will run from the new trial date.

24 ///

25 ///

26 ///

**Randolph Cregger & Chalfant**

1
JOINT STIPULATION AND ORDER TO CONTINUE THE TRIAL DATE

| | | |
|---|---|---|
| Dated: July 7, 2010 | | RANDOLPH CREGGER & CHALFANT LLP |

    /s/ Thomas A. Cregger
THOMAS A. CREGGER
Attorneys for Defendant SIERRA NORTHERN RAILWAY AND VANNA M. WALKER

Dated: July 7, 2010                       MURO & LAMPE, INC.

    /s/ Marcell P. Neri
MARCELL P. NERI
Attorney for Plaintiffs
MEDICAL BENEFITS ADMINISTRATORS OF MD, INC., and CUSTOM RAIL EMPLOYER WELFARE TRUST FUND

Dated: July 7, 2010                       DYKEMA GOSSETT PLLC

    /s/ Daniel J. Zollner
DANIEL J. ZOLLNER
Attorney for Plaintiffs
MEDICAL BENEFITS ADMINSTATORS OF MD, INC., and CUSTOM RAIL EMPLOYER WELFARE TRUST FUND

Having considered the parties' Joint Stipulation to Continue the Trial to December 6, 2010, at 2:00 p.m.;

IT IS ORDERED that the trial in this action commence on Monday, December 6, 2010.

DATED: July 7, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE