Muro & Lampe, INC.
Ross E. Lampe, Esq.  (SBN: 172336)
Marcell P. Neri, Esq.  (SBN: 258237)
75 Iron Point Circle, Suite 155
Folsom, CA 95630
Tel:    (916) 817-6300
Fax: (916) 817-6355

DYKEMA GOSSETT PLLC
Daniel J. Zollner, Esq.
10 South Wacker Drive, Suite 2300
Chicago, IL 60606
Tel:    (312) 627-2193
Fax: (866) 261-3777

Attorneys for Plaintiffs
MEDICAL BENEFITS ADMINISTRATORS
OF MD, INC., and CUSTOM RAIL
EMPLOYER WELFARE TRUST FUND

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDICAL BENEFITS ADMINISTRATORS OF MD, INC., a Maryland Corporation, and CUSTOM RAIL EMPLOYER WELFARE TRUST FUND,<br><br>            Plaintiffs,<br><br>      vs.<br><br>SIERRA RAILROAD COMPANY, n/k/a SIERRA NORTHERN RAILWAY, VANNA M. WALKER, AMBER A. GILLES AND DAVID N. MAGAW,<br><br>            Defendants.<br>_____/ | CASE NO.  2:06-CV-02408-KJM-KJN<br><br>ORDER REQUESTING TELEPHONIC APPEARANCE<br><br>Judge: Judge Kimberly J. Mueller<br>Acting Filed: October 31, 2006<br><br>HEARING: MARCH 2, 2011<br>TIME: 10:00 A.M.<br>COURTROOM: 3<br>JUDGE: KIMBERLY J. MUELLER |

Counsel for Plaintiffs, MEDICAL BENEFITS ADMINISTRATORS, INC., a Maryland Corporation, and CUSTOM RAIL EMPLOYER WELFARE TRUST FUND, Daniel Zollner (*Pro Hac Vice*) and Ross Lampe, request a telephonic appearance for Daniel Zollner at the hearing on Defendants' Motion to Amend Their Answers to Assert the Defense of Illegality, scheduled for March 2, 2011 at 10:00 a.m. PST.  Mr. Zollner will be in Chicago, Illinois at the time of the hearing, and will appear by telephone at the above-referenced hearing.  Mr. Lampe

1  will appear personally.  Mr. Zollner will contact Courtroom Deputy Casey Schultz at 916-930-

2  4193 or **cschultz@caed.uscourts.gov** no later than one day before the hearing for instructions

3  on accessing the court's conference line.

4  IT IS SO ORDERED.

5  DATED:  February 22, 2011.

  _____
  UNITED STATES DISTRICT JUDGE