RANDOLPH, CREGGER & CHALFANT LLP
THOMAS A. CREGGER, State Bar No. 124402
WENDY MOTOOKA, State Bar No. 233589
1030 G Street
Sacramento, California 95814
Telephone: (916) 443-4443
Facsimile: (916) 443-2124

Attorneys for Defendant SIERRA RAILROAD COMPANY, n/k/a SIERRA NORTHERN RAILWAY AND VANNA M. WALKER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDICAL BENEFITS ADMINISTRATORS OF MD, INC., a Maryland Corporation, and CUSTOM RAIL EMPLOYER WELFARE TRUST FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>SIERRA RAILROAD COMPANY, n/k/a SIERRA NORTHERN RAILWAY, et al.,<br><br>Defendants. | No. 2:06-cv-02408 KJM-KJM<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE THE TRIAL CONFIRMATION HEARING TO AUGUST 10, 2011 AT 11:00 A.M.**<br><br>**Judge: Kimberly J. Mueller**<br><br>**Action Filed: October 31, 2006** |

Defendants SIERRA RAILROAD COMPANY, n/k/a SIERRA NORTHERN RAILWAY, and VANNA M. WALKER and plaintiffs, MEDICAL BENEFITS ADMINISTRATORS OF MD, INC., a Maryland Corporation, and CUSTOM RAIL EMPLOYER WELFARE TRUST FUND, (HEREINAFTER "the Parties"), by and through their attorneys, request that this Honorable Court

///

///

///

///

///
1
JOINT STIPULATION AND ORDER TO CONTINUE THE TRIAL CONFIRMATION HEARING

enter the Parties' Joint Stipulation to Continue the Trial Confirmation Hearing to August 10, 2011 at, at 11:00 a.m.

Dated: July 19, 2011          RANDOLPH CREGGER & CHALFANT LLP

                                              /s/ Thomas A. Cregger
                                              THOMAS A. CREGGER
                                              Attorneys for Defendant SIERRA NORTHERN RAILWAY AND VANNA M. WALKER

Dated: July 19, 2011          MURO & LAMPE, INC.

                                              /s/ Ross E. Lampe
                                              ROSS E. LAMPE
                                              Attorney for Plaintiffs
                                              MEDICAL BENEFITS ADMINISTRATORS OF MD, INC., and CUSTOM RAIL EMPLOYER WELFARE TRUST FUND

Dated: July 19, 2011          DYKEMA GOSSETT PLLC

                                              /s/ Daniel J. Zollner
                                              DANIEL J. ZOLLNER
                                              Attorney for Plaintiffs
                                              MEDICAL BENEFITS ADMINSTATORS OF MD, INC., and CUSTOM RAIL EMPLOYER WELFARE TRUST FUND

///
///
///
///
///
///
///

1        Having considered the parties' Joint Stipulation to Continue the Trial Confirmation
2    Hearing, to August 10, 2011 at 11:00 a.m., the Stipulation is approved.
3        IT IS ORDERED.

5    DATED: July 20, 2011.

_____
UNITED STATES DISTRICT JUDGE

**Randolph Cregger & Chalfant**

_____
3
JOINT STIPULATION AND ORDER TO CONTINUE THE TRIAL CONFIRMATION HEARING