1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MEDICAL BENEFITS
     ADMINISTRATORS OF MD, INC.,
11   a Maryland Corporation; and CUSTOM
     RAIL EMPLOYER WELFARE
12   TRUST FUND,

13              Plaintiffs,              No. CIV S-06-2408 KJM DAD
          vs.
14
     SIERRA RAILROAD COMPANY, n/k/a
15   SIERRA NORTHERN RAILWAY; VANNA
     M. WALKER, AMBER GILLES and
16   DAVID N. MAGAW,

17              Defendants.              ORDER

18   _____/

19              The parties appeared on August 10, 2011 for trial confirmation hearing.  In

20   response to the parties' expressed interest in court-supervised settlement, and given the

21   unavailability of a judge of this court to convene a settlement conference, the court refers this

22   case to the Circuit Mediation Office for the Ninth Circuit Court of Appeals.  The mediator,

23   Stephen Liacouras, will be contacting the parties shortly to discuss scheduling for the mediation,

24   to occur generally within the next the next two weeks.  All future motions or other pleadings that

25   relate to this mediation are to be copied to ca09_Mediation@ca9.uscourts.gov.

26   /////

                                           1

1    Additional information about the Ninth Circuit's Mediation Program may be

2  found at www.ca9.uscourts.gov/mediation.

3    As discussed at the trial confirmation hearing, motions in limine will be resolved

4  on the first day of trial.  Motions are due no later than September 2, 2011, with replies no later

5  than September 9, 2011.

6    IT IS SO ORDERED.

7  DATED:  August 25, 2011.

8  _____

9  2    UNITED STATES DISTRICT JUDGE

10  medben2408.tch

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26