IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDICAL BENEFITS ADMINISTRATORS OF MD, INC., a Maryland Corporation; and CUSTOM RAIL EMPLOYER WELFARE TRUST FUND,<br><br>　　　　Plaintiffs,<br>　vs.<br><br>SIERRA RAILROAD COMPANY, n/k/a SIERRA NORTHERN RAILWAY; VANNA M. WALKER, AMBER GILLES and DAVID N. MAGAW,<br><br>　　　　Defendants.<br>_____/ | No. CIV S-06-2408 KJM DAD<br><br><br><br><br><br><br><br><br><br>ORDER |

　　　　The parties appeared on August 10, 2011 for trial confirmation hearing. In response to the parties' expressed interest in court-supervised settlement, and given the unavailability of a judge of this court to convene a settlement conference, the court refers this case to the Circuit Mediation Office for the Ninth Circuit Court of Appeals. The mediator, Stephen Liacouras, will be contacting the parties shortly to discuss scheduling for the mediation, to occur generally within the next the next two weeks. All future motions or other pleadings that relate to this mediation are to be copied to ca09_Mediation@ca9.uscourts.gov.

/////

1

Additional information about the Ninth Circuit's Mediation Program may be found at www.ca9.uscourts.gov/mediation.

As discussed at the trial confirmation hearing, motions in limine will be resolved on the first day of trial. Motions are due no later than September 2, 2011, with replies no later than September 9, 2011.

IT IS SO ORDERED.

DATED: August 25, 2011.

_____
UNITED STATES DISTRICT JUDGE

medben2408.tch